# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 1:22-CR-00139-SDN |
| | ) | |
| BRANDICE DOTOLO | ) | |

## MOTION TO REOPEN DETENTION

NOW COMES Defendant Brandice Dotolo, by and through undersigned counsel, Matthew S. Erickson, Esq., and hereby moves the Court to reopen and reconsider the bail determination in this matter, and for relief from detention.

## PROCEDURAL HISTORY

Ms. Dotolo made her initial appearance in the District of Maine on the Motion to Revoke Supervised Release in this matter in front of Magistrate Nivison on July 28, 2026. At that time Ms. Dotolo entered denials to the alleged violations. Ms. Dotolo and was ordered detained on that date.

## PROFFER OF INFORMATION

Counsel for the defendant was contacted by Terri MacLeod, the intensive case manager at the Somerset County Jail, where Ms. Dotolo is being detained on this case. The caseworker indicated that Ms. Dotolo has been screened by, and accepted into, in-patient drug treatment at Wellspring Women's House, a state-licensed facility in Bangor, Maine that offers substance abuse treatment services for adults dealing with substance use disorder.

Counsel for the defendant has contacted AUSA Alisa Ross, and she does not object to the granting of this motion to reopen detention, and she does not object to Ms. Dotolo being released to Wellspring Women's Houseon a bed-to-bed transfer with transportation being provided by her caseworker at Somerset County Jail. USPO Amber Hardison also indicated in an email to AUSA Ross and Counsel that she was in support of this plan of a bed-to-bed transfer to Wellspring.

WHEREFORE, the defendant respectfully requests that the Court reopen and reconsider the bail determination in this matter, and that Ms. Dotolo be released on personal recognizance or an unsecured bond, with the conditions that: 1. she transfer bed-to-bed from Somerset County Jail directly to Wellspring once a treatment bed is open (indications are there is a bed open now, and that the caseworker Terri MacLeod can transport Ms. Dotolo as early as Tuesday August 25, 2026); 2. that she abide by the rules in place at Wellspring rehabilitation program; along with any other conditions the Court feels are necessary.

Respectfully submitted,

Dated: August 21, 2026

/s/ Matthew Erickson
Matthew S. Erickson
Post Office Box 3370
Brewer, Maine 04412
(207) 378-9783

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the attached document with the ECF system which will automatically send a copy to the U.S. Attorney's Office.

Alisa.Ross@usdoj.gov

Dated: August 21, 2026

/s/ Matthew Erickson
Matthew S. Erickson
Post Office Box 3370
Brewer, Maine 04412
(207) 378-9783